SALVATORE PIRO, PLAINTIFF-RESPONDENT, v. PUBLIC SERVICE ELECTRIC AND GAS COMPANY, DEFENDANT-APPELLANT.

Argued November 6, 1968—Decided November 25, 1968.

*Mr. Geoffrey Gaulkin* argued the cause for appellant (*Messrs. Beggans and Keale,* attorneys).

*Mr. Arthur N. D'Italia* argued the cause for respondent (*Messrs. Warren, Chasan, Leyner & Holland,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the per curiam opinion in the Appellate Division, 103 *N. J. Super.* 456.

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN — 7.

*For reversal* — None.